UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | SA CV 22-00768-DOC-(ADSx) |
| Date | June 21, 2022 |
| Title | Beach Wire and Cable, Inc. v. Streamline Integration, et al. |

Present: The Honorable  DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

 The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [12], hereby orders this action dismissed with prejudice.

 The Court hereby orders all proceedings in the case vacated and taken off calendar.

 Any pending Order to Show Cause is hereby discharged.

 .

| | - : - |
|---|---|
| Initials of Deputy Clerk | kdu |